JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**J & J SPORTS PRODUCTIONS, INC.,**

Plaintiff,

v.

**ROBERTO RAMIREZ,** et al.,

Defendants.

Case No. EDCV12-01978 WDK(FMOx)

**JUDGMENT**

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to defendants Roberto Ramirez, an individual d/b/a Los Robertos Mexican Food 2, Los Robertos Corporation, an unknown business entity d/b/a Los Robertos Mexican Food 2, and Yolanda M. Ramirez, an individual d/b/a Los Robertos Mexican Food 2, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff J & J Sports Productions, Inc. against defendants  Roberto Ramirez, an individual d/b/a Los Robertos Mexican Food 2, Los Robertos Corporation an unknown business entity d/b/a Los Robertos Mexican Food 2, and Yolanda M. Ramirez, an individual d/b/a

Los Robertos Mexican Food 2, as follows:

    (a)    defendants Roberto Ramirez, an individual d/b/a Los Robertos Mexican Food 2, Los Robertos Corporation, an unknown business entity d/b/a Los Robertos Mexican Food 2, and Yolanda M. Ramirez, an individual d/b/a Los Robertos Mexican Food 2, shall pay the plaintiff, J & J Sports Productions, Inc., $4,400.00 in total damages plus attorneys' fees in the amount of $640.00 plus costs.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United States mail or by telefax or by email, copies of this Order on counsel in this matter.


Dated:  September 8, 2014

_____

William Keller
United States District Judge

- 2 -