1  Al Lustgarten, Bar # 189503
   Lustgarten Law
2  30851 Agoura Rd # 114
   Agoura Hills, Ca 91301
3  Phone; 818-907-5866   Fax 818-461-5959
   Attorney for Plaintiff

4                  UNITED STATES DISTRICT COURT
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
5

6  J&J SPORTS PRODUCTIONS, INC,         )
                                        )
7           Plaintiff,       vs.        )  Case No.: 5:12-CV-01978-WDK-FMO
                                        )
8  ROBERTO RAMIREZ, et al,              )  **RENEWAL OF JUDGMENT  BY CLERK**
                                        )
9           Defendant,                  )
                                        )
10 _____)

11  Based upon the application for renewal of the judgment of the original judgment, and pursuant to

12 F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

13     Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant Roberto Ramirez,

14 an individual dba Los Robertos Mexican Food 2, Los Robertos Corportation , an unknown business entity

15 dba Los Robertos Mexican Food 2, Yolanda M. Ramirez an individual dba Los Robertos Mexican Food 2

16 entered on September 9, 2014, be and the same is hereby renewed in the amounts as set forth below:

17     Renewal of money judgment

18     a.  Total judgment                          $   5,040.00

19     b.  Costs and fees after judgment           $       0.00

20     c.  Subtotal *(add a and b)*                $   5,040.00

21     d.  Credits                                 $       0.00

22     e.  Subtotal *(subtract d from c)*          $   5,040.00

23     f.  Interest after judgment (.10%)          $      35.57

24     g.  Fee for filing renewal of application   $       0.00

25     **h.**  Total renewed judgment (add e, f and g)  $  **5,075.57**

26

27 Dated: June 7, 2024           CLERK, by Deputy _Sharon Hall Brown_____

28

Renewal of Judgment